KAEMPFER CROWELL
Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
Briana Martinez, No. 14919
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: sgraves@kcnvlaw.com
Email: bmartinez@kcnvlaw.com

STROOCK & STROOCK & LAVAN LLP
Melvin A. Brosterman (*pro hac vice*)
David J. Kahne (*pro hac vice*)
Elizabeth Milburn (*pro hac vice*)
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006
Email: mbrosterman@stroock.com
Email: dkahne@stroock.com
Email: ecmilburn@stroock.com

Attorneys for Defendant Daniel L. Shak

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL SHAK, an individual,<br><br>Defendant. | Case No. 2:22-cv-01258-GMN-BNW<br><br>**UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

1   Defendant Daniel Shak ("Shak") moves, pursuant to LR IA 6-1, for a one-week
2   extension—from November 1 until November 8, 2022—to file his reply in support of his October
3   11, 2022 motion to dismiss (ECF No. 5).  This is the first extension sought in connection with this
4   deadline.[1]

5   The basis for this request is that Mr. Shak's counsel have several conflicts over the
6   week between the filing of the opposition brief (ECF No. 13) and the original reply deadline that
7   interfere with their ability to complete the reply brief by the original November 1, 2022 deadline,
8   including:  (1) an all-day mediation on October 27, 2022 in another case pending in this District
9   (*Cowley v. DePuy Synthes, Inc., et al.*, Case No. 2:21-cv-00129-KJD-VCF); and (2) previously
10  scheduled out-of-town travel for the Nevada Day holiday from October 28–31, 2022.  Mr. Shak's
11  out-of-state counsel likewise have several conflicting professional obligations necessitating this brief
12  extension.

13  In an effort to avoid the need for this motion, Mr. Shak requested that plaintiff
14  Commodity Futures Trading Commission ("CFTC") stipulate to this extension.  The CFTC's
15  counsel stated that they do not oppose this request, but they refused to stipulate to it.

---

[1] Mr. Shak's counsel originally filed this motion on Wednesday, October 26, 2022 (ECF No. 14), but mistakenly did not mark it as an unopposed motion in the Court's CM/ECF system.  Mr. Shak is therefore re-filing this motion now and will withdraw the incorrectly filed version.

For these reasons, Mr. Shak requests the Court extend this reply brief deadline by one week as explained above.

KAEMPFER CROWELL

_____
Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
Briana Martinez, No. 14919
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

STROOCK & STROOCK & LAVAN LLP
Melvin A. Brosterman (*pro hac vice*)
David J. Kahne (*pro hac vice*)
Elizabeth Milburn (*pro hac vice*)
180 Maiden Lane
New York, New York 10038

Attorneys for Defendant Daniel L. Shak

### ORDER

**IT IS SO ORDERED.**
**IT IS FURTHER ORDERED** that Defendant Daniel Shak's Motion to Extend Time, ECF No. 14, is **DENIED AS MOOT**.

Dated this  31  day of October, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that I am an employee of Kaempfer Crowell and I certify that service of the **UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** was made on today's date by submitting electronically for filing and service with the United States District Court for the District of Nevada through the PACER Electronic Filing System to the addressee(s) shown below:

James H. Holl, III, CA Bar No. 177885
Brian A. Hunt, NY Bar No. 5260534
COMMODITY FUTURES
TRADING COMMISSION
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581
jholl@cftc.gov
bhunt@cftc.gov

Attorneys for Plaintiff Commodity Futures
Trading Commission

DATED October 31, 2022          *s/ Tera L. Carlstrom*
                                Tera L. Carlstrom
                                An employee of Kaempfer Crowell