KAEMPFER CROWELL
Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
Briana Martinez, No. 14919
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: sgraves@kcnvlaw.com
Email: bmartinez@kcnvlaw.com

STROOCK & STROOCK & LAVAN LLP
Melvin A. Brosterman (*pro hac vice*)
David J. Kahne (*pro hac vice*)
Elizabeth Milburn (*pro hac vice*)
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006
Email: mbrosterman@stroock.com
Email: dkahne@stroock.com
Email: ecmilburn@stroock.com

Attorneys for Defendant Daniel L. Shak

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL SHAK, an individual,<br><br>Defendant. | Case No. 2:22-cv-01258-GMN-NJK<br><br>**STIPULATION TO STAY PENDING SETTLEMENT** |

      Plaintiff Commodity Futures Trading Commission ("Commission") and Defendant Daniel Shak ("Shak") (collectively the "Parties") have agreed to a settlement in principle that would fully resolve all of the claims brought by the Commission against Shak in this action, and obviate

the need for further proceedings in this Court. However, the process of negotiating, drafting, and finalizing a proposed consent order will take several weeks.

Accordingly, the Parties jointly stipulate and request that this Court stay the deadlines in the scheduling order in this action, including the discovery cutoff of November 14, 2023, until December 5, 2023 to allow the settlement to be concluded. The parties will file a joint status report with the Court on or before December 5, 2023, advising the Court of the status of negotiations and the expected date by which they intend to file a proposed consent order.

| COMMODITY FUTURES TRADING COMMISSION | KAEMPFER CROWELL |
|---|---|
| *[signature]* | *[signature]* |
| James H. Holl, III (*pro hac vice*)<br>Brian A. Hunt (*pro hac vice*)<br>Three Lafayette Centre<br>1155 21st Street, N.W.<br>Washington, D.C. 20581 | Robert McCoy, No. 9121<br>Sihomara L. Graves, No. 13239<br>Briana Martinez, No. 14919<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135 |
| Attorneys for Plaintiff Commodity Futures Trading Commission | STROOCK & STROOCK & LAVAN LLP<br>Melvin A. Brosterman (*pro hac vice*)<br>David J. Kahne (*pro hac vice*)<br>Elizabeth Milburn (*pro hac vice*)<br>180 Maiden Lane<br>New York, New York 10038<br><br>Attorneys for Defendant Daniel L. Shak |

**ORDER**

IT IS SO ORDERED.

*[signature]*
United States Magistrate Judge

DATED: October 26, 2023