KAEMPFER CROWELL
Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
Briana Martinez, No. 14919
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: sgraves@kcnvlaw.com
Email: bmartinez@kcnvlaw.com

HOGAN LOVELLS US LLP
Melvin A. Brosterman (*pro hac vice*)
Elizabeth Milburn (*pro hac vice*)
390 Madison Avenue
New York, New York 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
Email: melvin.brosterman@hoganlovells.com
Email: tina.milburn@hoganlovells.com

Attorneys for Defendant Daniel L. Shak

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL SHAK, an individual,<br><br>Defendant. | Case No. 2:22-cv-01258-GMN-NJK<br><br>**NOTICE OF DISASSOCIATION OF PRO HAC VICE ATTORNEY AND REQUEST TO REMOVE FROM ELECTRONIC SERVICE LIST** |

PLEASE TAKE NOTICE that pro hac vice attorney David J. Kahne of Stroock & Stroock & Lavan LLP is no longer representing defendant Daniel Shak in this matter and may be removed from the service list for this case. Kaempfer Crowell attorneys Robert McCoy, Sihomara Graves, and Briana Martinez, as well as pro hac vice attorneys

Melvin Brosterman and Elizabeth Milburn of Hogan Lovells US LLP remain as counsel for Mr. Shak.

KAEMPFER CROWELL

Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
Briana Martinez, No. 14919
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

HOGAN LOVELLS US LLP
Melvin A. Brosterman (*pro hac vice*)
Elizabeth Milburn (*pro hac vice*)
390 Madison Avenue
New York, New York 10017

Attorneys for Defendant Daniel L. Shak

**ORDER**

IT IS SO ORDERED.

United States Magistrate Judge

DATED: November 16, 2023